## ARIAIL *vs.* FENWICK.

WESTERN DIS.
*September*,1841.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF ST. MARTIN, THE JUDGE OF THE SEVENTH PRESIDING.

ARIAIL
*vs.*
FENWICK.

The plea of prescription of one year is not applicable to a workman's account, for work done by the job, and materials furnished, whether it be under a specific agreement or on a *quantum meruit.*

This is an action on a mechanic's account for the sum of $427 50, for work done on defendant's house, according to a detailed account annexed.

The defendant admitted, the plaintiff had done work on his house as a carpenter, but denied he was entitled to the amount he claimed ; and that he had been more than fully paid. He specified payments to the amount of $145 ; and pleaded prescription of one year against the account.

The plaintiff proved his account, which, after deducting credits, amounted to $321, for which he had judgment. The defendant appealed.

*Morse*, for the plaintiff.

*Voorhies*, for the defendant.

*Morphy*, J. delivered the opinion of the court.

This suit is brought on an open account for work and labor done, and materials furnished for a house, belonging to the defendant. The latter pleads the prescription of one year, under article 3499 of the Louisiana Code. This plea cannot avail him. It applies only to the wages due to workmen, laborers, and servants, who are employed by the day or by the month ; not to a claim for the value of certain pieces of work done by the job, and materials furnished, whether it be under a specific agreement, or on a *quantum meruit.* 1 La. Rep., 268 ; 10 Idem, 230.

On the merits, the judgment complained of is not so manifestly erroneous as to make it our duty to disturb it.

It is therefore affirmed with costs.